4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jose Sauez Ortiz, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-149 |
| Buccaneer Shrimp Corp., et al, | § § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED that on January 9, 2002, the Court **ORDERED** the Parties to **SHOW CAUSE** why sanctions should not be levied against them for failing to meet the Court's deadline for the filing of a Joint Discovery/Case Management Plan in compliance with Court Chamber Rule 7(A)(1). The Parties will be expected to show such cause at the initial pretrial conference, which is set for January 14, 2002 at 2:30 p.m. C.S.T.

DONE this 9th day of January, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge