IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE SAUZ ORTIZ, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-149 |
| BUCCANEER SHRIMP CORP., ET AL, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on January 14, 2002, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management up to trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 14 day of January, 2002.

Hilda G. Tagle
United States District Judge