8

UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JAN 16 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE SAUZ ORTIZ                     §

    VS                          §   CIVIL ACTION NO. B01-149
                                            (636(c))
BUCCANEER SHRIMP CORPORATION, ET AL  §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.         ☐ Bench   ☑ Jury

2. New parties must be joined by:                                    NA
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   April 1, 2002

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.        May 1, 2002

5. Discovery must be completed by:                                      May 1, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by:                                May 15, 2002

7. Joint pretrial order is due:                                         May 31, 2002
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 1:30 p.m. on:                                             May 31, 2002
   *The case will remain on standby until tried.*

9. The jury trial selection set before Judge Recio at 1:30 p.m. on:     May 31, 2002

10. Jury trial date set before Judge Recio at 9:00 a.m. on:             June 19, 2002


Signed January 14, 2002 at Brownsville, Texas.

                                              Felix Recio
                                   United States Magistrate Judge