

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSE SAUZ ORTIZ | * | United States District Court<br>Southern District of Texas<br>ENTERED |
| | * C.A. NO. B-01-149 | |
| VS | * | JAN 1 6 2002 |
| | * | |
| BUCCANEER SHRIMP CORP., ET AL | * | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] Jon D. Brooks | Buccanneer Shrimp, et al. | 1/14/02 |
| [signature] Christopher Lee Phillippe | Ortiz | 1/14/02 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

### Felix Recio

to conduct all further proceedings, including final judgment.

1/15/02
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.