IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE SAUZ ORTIZ, | § |
| Plaintiff, | § |
| VS. | § Civil Action No. <u>B-01-149</u> |
| BUCCANEER SHRIMP CORPORATION, M/V "F.P. TOWER," MARGIE T. SMITH, AND LEONOR TOWER, | § JURY DEMANDED<br>§ (Admiralty) |
| Defendants. | § |

## JOINT MOTION AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, **JOSE SAUZ ORTIZ**, Defendants, **BUCCANEER SHRIMP CORPORATION, M/V "F. P. TOWER," MARGIE T. SMITH, AND LEONOR TOWER** announce to the Court that this matter has been compromised and settled and ask the Court to dismiss Plaintiff's claims and causes of action against said Defendants, with prejudice, with court costs to be borne by the party incurring same.

I.

Plaintiff, **JOSE SAUZ ORTIZ**, Defendants, **BUCCANEER SHRIMP CORPORATION, M/V "F. P. TOWER," MARGIE T. SMITH, AND LEONOR TOWER**, have reached a full and final settlement. As part of the settlement agreement, Plaintiff Jose Sauz Ortiz stipulates and moves to dismiss all of his claims against Defendants,

49022:1009594.1:041602

Buccaneer Shrimp Corporation, M/V "F. P. Tower," Margie T. Smith, and Leonor Tower, among others, with prejudice. Each party will pay his/its own court costs and attorneys' fees. The settlement should be approved by the Court because it will end the litigation in this case between Plaintiff and Defendants. It is requested the dismissal be entered with prejudice.

Respectfully submitted,

LAW OFFICE OF CHRISTOPHER LEE PHILLIPPE

By: _____
Christopher Lee Phillippe
State Bar of Texas No. 01629800
Federal ID No. 709
307-3 McFadden Drive
Brownsville, TX 78520
Tel:  (956) 544-6096
Fax:  (956) 982-1921
Attorney for Plaintiff,
**JOSE SAUZ ORTIZ**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Jon D. Brooks
Texas State Bar No. 24004563
Federal ID No. 24936
55 Cove Circle
P.O. Box 3509
Brownsville, Texas  78523-3509
Tel:  (956) 542-4377
Fax:  (956) 542-4370
Attorneys for Defendants,
**BUCCANEER SHRIMP CORPORATION, MARGIE T. SMITH, AND LEONOR TOWER**

## CERTIFICATE OF SERVICE

I certify that on the ___16___ day of **April, 2002**, a true and correct copy of the foregoing motion has been served via *U.S. FIRST CLASS MAIL* on the foregoing counsel of record

James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
Jon D. Brooks
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE SAUZ ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. <u>B- 01-149</u> |
| | § | |
| BUCCANEER SHRIMP | § | **JURY DEMANDED** |
| CORPORATION, M/V | § | (Admiralty) |
| "F.P. TOWER," MARGIE T. | § | |
| SMITH, AND LEONOR TOWER, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER FOR DISMISSAL
## <u>WITH PREJUDICE</u>

Came on this day to be considered the Agreed Motion for Dismissal with Prejudice of the Plaintiff Jose Sauz Ortiz and Defendants Buccaneer Shrimp Corporation, M/V "F. P. TOWER," Margie T. Smith, and Leonor Tower, requesting dismissal with prejudice of all claims and causes of action Plaintiff may have against Defendants. The Court has been informed that this matter has been compromised and settled. The parties are all represented by counsel. The Court, having considered the pleadings on file and reviewing the record, is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** that the settlement agreement entered into in this cause is a good faith settlement of a disputed claim under Texas and federal maritime law. It is further

49022:1009602.1:041602

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff, Jose Sauz Ortiz's cause against Defendants, Buccaneer Shrimp Corporation, M/V "F. P. TOWER," Margie T. Smith, and Leonor Tower is hereby dismissed with prejudice, with court costs to be borne by the party incurring same.

**DONE** at Brownsville, Texas this _____ day of _____, 2002.

                                        **Hon. Felix Recio**
                                        **United States Magistrate Judge**

**AGREED TO AND ENTRY REQUESTED:**

**LAW OFFICE OF CHRISTOPHER LEE PHILLIPPE**

By: _____
    Christopher Lee Phillippe
    State Bar of Texas No. 01629800
    Federal ID No. 709
    307-3 McFadden Drive
    Brownsville, TX 78520
    Tel:   (956) 544-6096
    Fax:  (956) 982-1921
    **Attorney for Plaintiff,**
    **JOSE SAUZ ORTIZ**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
    James H. Hunter, Jr.
    Texas State Bar No. 00784311
    Federal ID No. 15703
    Jon D. Brooks
    Texas State Bar No. 24004563
    Federal ID No. 24936
    55 Cove Circle
    P.O. Box 3509
    Brownsville, Texas 78523-3509
    Tel:   (956) 542-4377
    Fax:  (956) 542-4370
    **Attorneys for Defendants,**
    **BUCCANEER SHRIMP CORPORATION,**
    **MARGIE T. SMITH, AND LEONOR TOWER**