IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE SAUZ ORTIZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. **B- 01-149** |
| | § | (636(c)) |
| BUCCANEER SHRIMP | § | **JURY DEMANDED** |
| CORPORATION, M/V | § | (Admiralty) |
| "F.P. TOWER," MARGIE T. | § | |
| SMITH, AND LEONOR TOWER, | § § | |
| Defendants. | § | |

## AGREED ORDER FOR DISMISSAL
## WITH PREJUDICE

Came on this day to be considered the Agreed Motion for Dismissal with Prejudice of the Plaintiff Jose Sauz Ortiz and Defendants Buccaneer Shrimp Corporation, M/V "F. P. TOWER," Margie T. Smith, and Leonor Tower, requesting dismissal with prejudice of all claims and causes of action Plaintiff may have against Defendants. The Court has been informed that this matter has been compromised and settled. The parties are all represented by counsel. The Court, having considered the pleadings on file and reviewing the record, is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** that the settlement agreement entered into in this cause is a good faith settlement of a disputed claim under Texas and federal maritime law. It is further

49022:1009602.1:041602

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff, Jose Sauz Ortiz's cause against Defendants, Buccaneer Shrimp Corporation, M/V "F. P. TOWER," Margie T. Smith, and Leonor Tower is hereby dismissed with prejudice, with court costs to be borne by the party incurring same.

**DONE** at Brownsville, Texas this 23rd day of April, 2002.

_____
**Hon. Felix Recio**
**United States Magistrate Judge**

**AGREED TO AND ENTRY REQUESTED:**

**LAW OFFICE OF CHRISTOPHER LEE PHILLIPPE**

By: _____
Christopher Lee Phillippe
State Bar of Texas No. 01629800
Federal ID No. 709
307-3 McFadden Drive
Brownsville, TX 78520
Tel:  (956) 544-6096
Fax:  (956) 982-1921
**Attorney for Plaintiff,**
**JOSE SAUZ ORTIZ**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Jon D. Brooks
Texas State Bar No. 24004563
Federal ID No. 24936
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Tel:  (956) 542-4377
Fax:  (956) 542-4370
**Attorneys for Defendants,**
**BUCCANEER SHRIMP CORPORATION,**
**MARGIE T. SMITH, AND LEONOR TOWER**